■ G. B. KENT & SON, LTD., Appellant, v HELENA RUBINSTEIN, INC.,

Respondent.—Order and judgment (one paper), Supreme Court, New York County, entered on February 25, 1976, unanimously affirmed for the reasons stated by Seymour Schwartz, J., at Trial Term, without costs and without disbursements. Concur—Birns, J. P., Evans, Lane and Lynch, JJ.